■ Assata Banks et al., Appellants, v Charles William Donaldson et al., Respondents. [844 NYS2d 699]—Appeal from an order, Supreme Court, Bronx County (Patricia Anne Williams, J.), entered September 21, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Andrias, J.P., Saxe, Nardelli, McGuire and Malone, JJ.